```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    SOUTHERN DIVISION at PIKEVILLE
```

| | |
|---|---|
| ELLA FAYE BLACKBURN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, ACTING )<br>COMMISSIONER OF SOCIAL )<br>SECURITY,[1] )<br>)<br>    Defendant. ) | Civil Case No.<br>7: 16-cv-217-JMH<br><br><br>**JUDGMENT** |

*** 

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

(1) Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE COURT'S ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 5th day of December, 2017.

---

[1] The caption of this matter is amended to reflect that Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017, replacing Carolyn W. Colvin in that role.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge